UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT MAUZY,<br><br>                Plaintiff,<br>v.<br>JENNIFER MAUZY, and DOES 1–10,<br>                Defendants. | Case No.: 3:25-cv-00344-CAB-BLM<br><br>**ORDER DENYING MOTION TO MODIFY DISMISSAL**<br><br>**[Doc. No. 11]** |

      On July 21, 2025, Defendant Jennifer Mauzy filed a motion seeking the Court to modify its previous dismissal of Plaintiff's case from without prejudice to with prejudice. [Doc. No. 11.]  The Court initially dismissed Plaintiff's complaint with leave to amend because it may have been saved by amendment.  [Doc. No. 7]; *see Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2003) ("Dismissal with prejudice and without leave to amend is not appropriate unless it is clear . . . that the complaint could not be saved by amendment.").  After Plaintiff did not amend by the deadline, Defendant filed a motion to dismiss for failure to prosecute and Plaintiff filed a notice of voluntary dismissal without prejudice.  [Doc. Nos. 8, 9.]  The Court subsequently dismissed the case without prejudice on July 15, 2025.  [Doc. No. 10.]

      On July 29, 2025, the Court granted in part Defendant's motion to modify the dismissal and dismissed Plaintiff's federal claims with prejudice. [Doc. No. 12.] Now, the

1  Court, on its own motion, hereby withdraws that order.  *See Fid. Fed. Bank, FSB v. Durga*
2  *Ma Corp.*, 387 F.3d 1021, 1024 (9th Cir. 2004) ("The district court has discretion to correct
3  a judgment for mistake or inadvertence, either on the part of counsel or the court itself.").
4  Federal Rule of Civil Procedure 41(a)(1)(A)(i) "allows a plaintiff to unilaterally voluntarily
5  dismiss, so long as it does so before an answer or a motion for summary judgment."  *Aetna*
6  *Inc. v. Gilead Scis., Inc.*, 599 F. Supp. 3d 913, 918 (N.D. Cal. 2022).  That dismissal is
7  without prejudice unless the notice of voluntary dismissal states otherwise.  *See id.*; Fed.
8  R. Civ. P. 41(a)(1)(B).  Plaintiff filed a notice of voluntary dismissal without prejudice
9  pursuant to Rule 41(a)(1)(A)(i) before Defendant filed an answer or a motion for summary
10 judgment.  [Doc. No. 9.]  Accordingly, the Court **DENIES** Defendant's motion to modify
11 the Court's dismissal order.  The case is dismissed without prejudice.

12       It is **SO ORDERED**.

14    Dated:  August 12, 2025

                                    _____
                                    Hon. Cathy Ann Bencivengo
                                    United States District Judge